UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| STEVEN C. MESSNER, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. 1:11-0059 |
| v. | ) | Judge Campbell/Brown |
| | ) | **Jury Demand** |
| HICKMAN COUNTY, *et al.*, | ) | |
| | ) | |
| Defendants | ) | |

**O R D E R**

A telephone conference was held with the parties in this matter on February 25, 2013. Although the Plaintiff began his case *pro se*, he is now represented by an attorney in the matter. It appears that the attorneys are working well together in this matter.

Presently pending is a motion by the Defendant Cloud for summary judgment. Plaintiff's counsel advised that he would respond to that motion within the time allowed by the scheduling order (Docket Entry 44).

After discussion with counsel the scheduling order is amended to provide that the Plaintiff's Rule 26 expert disclosures will be due on or before **April 29, 2013**. Defendants' Rule 26 expert disclosures will be due on or before **June 4, 2013**. All discovery concerning all experts will be concluded by **July 8, 2013.**

Dispositive motions will be due **August 19, 2013**. Responses to dispositive motions shall be filed within **28 days** after service. Briefs shall not exceed **25 pages** without leave of

Court.  Optional replies, limited to **five pages**, shall be filed within **14 days** after service of the response.  If dispositive motions are filed early, the response and reply dates are moved up accordingly.

The Magistrate Judge also discussed with the parties the possibility of a judicial settlement conference.  It appears that completion of fact discovery and a ruling on the pending motion for summary judgment may need to be completed before a meaningful settlement conference could be undertaken.

The parties are advised that the Magistrate Judge does stand ready to assist with alternative dispute resolution at any point.  The parties are certainly free to request a subsequent telephone conference to discuss scheduling alternative dispute resolution at any time.

It is so **ORDERED.**

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge