IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| STEVEN C. MESSNER | ) |
| | ) |
| v. | ) NO. 1-11-0059 |
| | ) JUDGE CAMPBELL |
| HICKMAN COUNTY, et al. | ) |

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 67), Objections filed by the Plaintiff in the form of a Motion for *De Novo* Determination and Supporting Memorandum (Docket Nos. 68 and 69)[1] and Defendant Cloud's Response thereto (Docket No. 70).

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, the Objections, the Response, and the file. Plaintiff's Objections are overruled, and the Report and Recommendation of the Magistrate Judge (Docket No.67) is adopted and approved.

This case is in a different posture, with a different standard and different evidence before the Court than on Plaintiff's previous Motion to Amend. Defendant Cloud's Motion for Summary Judgment (Docket No. 52) is GRANTED, and Plaintiff's claims against Defendant Cloud are DISMISSED.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Todd Campbell
　　　　　　　　　　　　　　　　　　　　　　　　　　　TODD J. CAMPBELL
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's Motion for *De Novo* Determination (Docket No. 68) is GRANTED.