```
UNITED STATES DISTRICT COURT
  MIDDLE DISTRICT OF TENNESSEE
       COLUMBIA DIVISION
```

STEVEN C. MESSNER,            )
                              )
        Plaintiff             )
                              )        No. 1:11-0059
v.                            )        Judge Campbell/Brown
                              )        **Jury Demand**
HICKMAN COUNTY, *et al.*,     )
                              )
        Defendants            )

## O R D E R

Plaintiff's counsel has filed a motion to extend time to respond to the pending motion for summary judgment (Docket Entry 77). This motion is **GRANTED**. The Plaintiff's response shall be due on or before **August 26, 2013**.[1]

Plaintiff's footnote cites Rule 6(1)(b), however, there is no such rule. The Magistrate Judge assumes that this is intended to refer to Rule 6(a)(1)(B).

It is so **ORDERED.**

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge

---

[1]The Magistrate Judge is puzzled by the statement that counsel miscalculated the deadline for response by approximately one week. The scheduling order in this case (Docket Entry 44, ¶ L) provides that a response is due 28 days after the motion is filed. The motion for summary judgment was filed on July 10, 2013. Thus, 28 days later, would be August 7, 2013, if three days were allowed for service by email, a response would be due August 12, 2013 (Rule 6(d)). August 28 is over two weeks after that deadline.